(September 19, 1989)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

RODRIGO MUNOZ, Appellant.—Appeal from the judgment of Supreme Court, New York County (Rose Rubin, J.), rendered on January 20, 1987, unanimously dismissed *(People v Seaberg,* 74 NY2d 1, 11). Concur—Murphy, P. J., Sullivan, Asch, Rosenberger and Wallach, JJ.